UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNELL JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JALAL SOLTANIAN ZADEH,<br><br>　　　　　Defendant. | No. 2:18-cv-1132 MCE CKD P<br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file and serve an opposition to defendant's June 19, 2019 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 24) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the pending motion for summary judgment. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: July 16, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
jack1132.36