UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNELL JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JALAL SOLTANIAN ZADEH,<br><br>　　　　Defendant. | No. 2:18-cv-1132 MCE CKD P<br><br><br>ORDER |

Plaintiff, a California prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 31, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 31, 2020, (ECF No. 34) are ADOPTED in full;

2. Defendant's motion for summary judgment (ECF No. 22) is DENIED.

IT IS SO ORDERED.

DATED: March 30, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE