UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNELL JACKSON,<br><br>            Plaintiff,<br><br>   v.<br><br>JALAL SOLTANIAN ZADEH,<br><br>            Defendant. | No.  2:18-cv-1132 MCE CKD P<br><br><br>ORDER |

      Plaintiff, a California prisoner housed temporarily in the Los Angeles County Jail, seeks an order directing L.A. County Jail officials to provide plaintiff with "access to courts." Plaintiff does not provide specifics as to what precisely he wants the court to order. In any case, considering plaintiff's housing is temporary, the current COVID-19 emergency, and considering the only action plaintiff is required to take at this point is the drafting of his pretrial statement, the court will grant plaintiff an extension of time within which to file his pretrial statement. If plaintiff remains at the L.A. County Jail for an inordinate amount of time, and actions by jail officials obstruct plaintiff's efforts to complete his pretrial statement, plaintiff is free to seek assistance from the court. In such a request, plaintiff must demonstrate the need for court intervention and indicate what exactly he wants the court to do.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The motion filed by plaintiff on April 15, 2020 is granted in that plaintiff shall file his pretrial statement on or before July 1, 2020. Failure to file a pretrial statement by that date will result in a recommendation that this action be dismissed.

2. Defendant shall file his pretrial statement by August 1, 2020.

Dated:  April 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack1132.ext