UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNELL JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JALAL SOLTANIAN ZADEH,<br><br>　　　　　Defendant. | No.  2:18-cv-1132 MCE CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that the court order officials at Salinas Valley State Prison to forward plaintiff's personal effects, including legal materials, to plaintiff once he is released from the Los Angeles County Jail in late July.  Because plaintiff has not shown that officials at Salinas Valley are unwilling to release plaintiff's property to him once he is released, plaintiff's motion (ECF No. 58) is denied.

Dated: July 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack1132.prop