1  **RIVERA HEWITT PAUL LLP**
   11341 Gold Express Drive, Suite 160
2  Gold River, California 95670
   Tel: 916-922-1200
3  Jill B. Nathan, SBN 186136
4  JNathan@rhplawyers.com
   Attorneys for Defendant,
5  DR. SOLTANIAN-ZADEH

6

7  **JOHNELL JACKSON**
   Plaintiff in pro se
8  26741 Portola Parkway, 1E #147
   Foothill Ranch, CA 92610
9  Johnelljackson85@gmail.com

10

11                    IN THE UNITED STATES DISTRICT COURT

12                  IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| JOHNELL JACKSON, | CASE NO: 2:18-CV-01132-MCE-CKD |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)) AND [PROPOSED] ORDER** |
| vs. | |
| J. SOLTANIAN-ZADEH, | |
| Defendant. | |

   Plaintiff has reached an agreement in principle with the California Department of Corrections and Rehabilitation (CDCR). As a condition of the agreement, it is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff JOHNELL JACKSON in pro se, and Defendant Dr. SOLTANIAN-ZADEH by and through his attorney Jill B. Nathan with Rivera Hewitt Paul LLP, that Defendant Dr. SOLTANIAN-ZADEH is dismissed from this action with prejudice.

   In consideration of the agreement and stipulation entered by Plaintiff and CDCR in the

United States District Court Eastern District of California action, *Johnell Jackson v. J. Soltanian-Zadeh*, Case No. 2:18-CV-01132-MCE-CKD, Defendant Dr. SOLTANIAN-ZADEH is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

Dated:  April 15, 2021  Respectfully submitted,

RIVERA HEWITT PAUL LLP

*/s/ Jill B. Nathan*

_____
BY: JILL B. NATHAN
Attorney for Defendant
DR. SOLTANIAN-ZADEH

Dated: April _____, 2021  Respectfully submitted,

SEE ATTACHMENT "A"

_____

JOHNELL JACKSON
Plaintiff, Pro Se

**IT IS SO ORDERED**

Dated: _____  _____
UNITED STATES MAGISTRATE JUDGE
CAROLYN K. DELANEY

*Jackson v. Soltanian Zadeh*
Eastern District of California Case No. 2:18-cv-01132-MCE-CKD

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento. My business address is 11341 Gold Express Drive, Suite 160, Gold River, California, 95670. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA HEWITT PAUL LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)) AND PROPOSED ORDER**

__X__    on the Plaintiff in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

__X__    BY ELECTRONIC SERVICE**:** on the parties in this action by causing a true copy thereof to be electronically mailed to the attorneys of record in the above action.

All other parties listed below will receive this filing via the Court's ECF system.

<u>Plaintiff -  Pro Se</u>
Johnell Jackson
26741 Portola Pkwy, 1E #147
Foothill Ranch, CA 92610-1763
Johnelljackson85@gmail.com

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on April 15, 2021, at Gold River, California.

*/s/ Debra Vega*
Debra Vega

- 3 -
Stipulated Dismissal with Prejudice

# Exhibit A

1  **RIVERA HEWITT PAUL LLP**
   11341 Gold Express Drive, Suite 160
2  Gold River, California 95670
   Tel: 916-922-1200
3  Jill B. Nathan, SBN 186136
4  JNathan@rhplawyers.com
   Attorneys for Defendant,
5  DR. SOLTANIAN-ZADEH

6

7  **JOHNELL JACKSON**
   Plaintiff in pro se
8  26741 Portola Parkway, 1E #147
   Foothill Ranch, CA 92610
9  Johnelljackson85@gmail.com

10

11              IN THE UNITED STATES DISTRICT COURT

12              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  JOHNELL JACKSON,                )   CASE NO: 2:18-CV-01132-MCE-CKD
                                    )
15                  Plaintiff,      )   **STIPULATED DISMISSAL WITH**
                                    )   **PREJUDICE (FRCP 41(a)(1))**
16  vs.                             )
                                    )
17  J. SOLTANIAN-ZADEH,             )
                                    )
18                  Defendant.      )
                                    )
19                                  )
                                    )
20                                  )

21

22      Plaintiff has reached an agreement in principle with the California Department of
23  Corrections and Rehabilitation (CDCR). As a condition of the agreement, it is hereby stipulated,
24  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff
25  JOHNELL JACKSON in pro se, and Defendant Dr. SOLTANIAN-ZADEH by and through his
26  attorney Jill B. Nathan with Rivera Hewitt Paul LLP, that Defendant Dr. SOLTANIAN-ZADEH is
27  dismissed from this action with prejudice.
28      In consideration of the agreement and stipulation entered by Plaintiff and CDCR in the

- 1 -
Stipulated Dismissal with Prejudice

1  United States District Court Eastern District of California action, *Johnell Jackson v. J. Soltanian-*
2  *Zadeh*, Case No. 2:18-CV-01132-MCE-CKD, Defendant Dr. SOLTANIAN-ZADEH is dismissed
3  with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned
4  herein to bear their own fees and costs.

6  Dated: April 7, 2021

Respectfully submitted,

RIVERA HEWITT PAUL LLP

/s/ Jill B. Nathan

BY: JILL B. NATHAN
Attorney for Defendant
DR. SOLTANIAN-ZADEH

Dated: April 8, 2021

Respectfully submitted,

(as authorized on 4/8/21)

JOHNELL JACKSON
Plaintiff, Pro Se