**FILED**

DEC 21 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

Johnell Jackson
26741 Portola Parkway #1E-147
Foothill Ranch CA 92610

United States District Court For The
Eastern District Of California

| | |
|---|---|
| Johnell Jackson | Case #2:18-CV-01132-MCE-CKD |
| Plaintiff | Notice Defendant |
| V. | Failed To Make |
| Jalal Soltanian-Zadeh | Settlement Payment |
| Defendant | Judge: Carolyn K. Delaney |

Please Take Notice That Plaintiff Johnell Jackson Seeks Affirmative Relief Or Proceeding Relating To Sanction Defendant Failed To Pay Settlement Within The Agreed Upon Time Of 120 Days. Defendant Jalal Soltanian-Zadeh Agreed To Settlement Conditions Of Amount Of $5,000.00 To Be Paid Within 120 Days. That Time Elapsed. No Additional Time To Pay And The Inability Has Not Been Filed By Defendant.

Good Cause Being Shown The Court May Take Such Other Actions As May Be Appropriate For The Proper Management

1  AND DISPOSITION OF THE CASE. SUPPORTING
2  DECLARATION OF PLAINTIFF JOHNELL JACKSON
3  ATTACHED.

5  DATE: 12-15-21          RESPECTFULLY
6                          SUBMITTED
7                          X _____
8                          PROPRIA PERSONA
9                          PLAINTIFF
10                         JOHNELL JACKSON

# Declartion

I Johnell Jackson Declare,

1. I Am Plaintiff In Proria Persona

2. I Have Not Been Paid The Agreed Settlement Amont $5,000.00 By Defendant Jalal Soltanian-Zadeh

3. I Have Provided The Adderse Of 26741 Portola Parkway #1E-147, Foothill Ranch Ca 92610. To Send Payment.

4. I Have Been In Custody Of The Orange County Shieriff At The Orange County Jail As Of September 1st 2021 Through The Current Date Of December 14th 2021. Being In Custody Theres No Way I Could've Cashed A Settlement Check.

5. On 9/10/21 Orange County D.A. Kimberly Wah Requested All Mail Be Recorded By Foothill Post & Ship. All My Mail At P.O. Box #1E-147 Is Copied And Recorded No Check Has Been Recorded Going To My Mail Box.

6. Conditions Of Settlement Agreement Payment Was To Be Made Within 120 Days

3 of 5

1 | DEFENDANT HAS FAILED TO PAY. I
2 | BELIEVE THE DEFENDANT HAS THE
3 | ABILITY TO PAY AND HAS NOT REQUESTED
4 | MORE TIME TO MAKE PAYMENT

7. I, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT

8. EXECUTED AT SANTA, ANA ON 12-15-21 AT 7AM

DECLARANT X _____
JOHNELL JACKSON
IN PROPRIA PERSONA

4 OF 5

PROOF OF SERVICE

1. AT TIME OF SERVICE I WAS 18 YEAR OF AGE AND NOT A PARTY TO THIS LEGAL ACTION

2. I SERVED A COPY OF NOTICE DEFENDANT FAILED TO MAKE SETTLEMENT PAYMENT. (CHECK A OR B)

A ☐ PERSONAL SERVICE

B ☐ MAIL I DEPOSITED THE NOTICE FAVILUAR TO PAYMENT IN THE UNITED STATES MAIL

NAME: ATTORNEY Jill B. NATHAN FOR DEFENDANT

ADDERSE 11341 GOLD EXPRESS
GOLD RIVER 95670

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

X _____
PRINT NAME            SIGN NAME

5 OF 5