UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNELL JACKSON, | No. 2:18-cv-1132 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| JALAL SOLTANIAN ZADEH, et al., | |
| Defendants. | |

On December 21, 2021, plaintiff filed a document indicating he has not yet received the payment he is to receive as part of the settlement of this case. Good cause appearing, IT IS HEREBY ORDERED that, within 7 days, defendant Zadeh shall inform the court whether payment has been made to plaintiff pursuant to the settlement agreement reached in this case. If payment has not been made, defendant Zadeh shall explain why not.

Dated: January 25, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jack1132.set