**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, California 95670

Tel: 916-922-1200 Fax: 916 922-1303
Jill B. Nathan, SBN 186136
JNathan@rhplawyers.com

**Attorneys for Defendant:**
Dr. Soltanian-Zadeh

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNELL JACKSON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>J. SOLTANIAN-ZADEH,<br><br>                    Defendant. | CASE NO: 2:18-CV-01132-MCE-CKD<br><br>**REPLY TO ORDER [Doc. 73];**<br>**DECLARATION OF J. NATHAN** |

In response to the Court's order at Doc. 73, Defendant Dr. Soltanian-Zadeh submits the following: The parties reached an agreement in this matter. The terms are reflected in the Settlement Agreement and Release, executed by the interested parties on or about April 23, 2021. Over the course of several months, the undersigned counsel for Defendant responded to Mr. Jackson's phone calls and emails concerning the status of distribution of the settlement proceeds. Counsel for Defendant conducted several inquiries with CDCR in order to provide Mr. Jackson information on distribution of the settlement proceeds. On December 29, 2021, the undersigned informed Mr. Jackson that the proceeds had been deposited in Mr. Jackson's CDCR trust account. Copies of the front and back of the check issued 10/4/2021 were provided to Mr. Jackson at that time. (See Declaration of Nathan and attached Exhibit A).

1   DATED: February 2, 2022                    Respectfully submitted,

2                                              RIVERA HEWITT PAUL LLP

3                                              */s/ JILL B. NATHAN*

4   _____

5                                              JILL B. NATHAN
                                               Attorneys for Defendant
6                                              Dr. Soltanian-Zadeh

### DECLARATION OF JILL B. NATHAN

I, JILL B. NATHAN, hereby declare as follows:

1.    I am a member of the State Bar of California and I am admitted to practice law in courts of the State of California, and in this United States District Court for the Eastern District of California.

2.    I am an associate with the law firm of RIVERA HEWITT PAUL, LLP, attorneys of record for Defendant Dr. Soltanian-Zadeh.

3.    The parties reached an agreement in this matter. The terms are reflected in the Settlement Agreement and Release, executed by the parties on or about April 23, 2021.

4.    Over the course of several months, I responded to Mr. Jackson's phone calls and emails concerning the status of distribution of the settlement proceeds.

5.    I conducted several inquiries with the settlement coordinator with CDCR in order to convey to Mr. Jackson information on distribution of the settlement proceeds.

6.    On December 29, 2021, I informed Mr. Jackson that the proceeds had been deposited in his CDCR trust account. Copies of the front and back of the check issued 10/4/2021 were provided to Mr. Jackson at that time. True and correct copies of the front and back of the check are attached hereto as Exhibit A.

7.    I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify to those facts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of February, 2022 at Gold River, California.

/s/ *Jill B. Nathan*

_____
JILL B. NATHAN

*Jackson v. Soltanian Zadeh*
Eastern District of California Case No. 2:18-cv-01132-MCE-CKD

### PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Sacramento. My business address is 11341 Gold Express Drive, Suite 160, Gold River, California, 95670. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA HEWITT PAUL LLP's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

### REPLY TO ORDER [Doc. 73]; DECLARATION OF J. NATHAN

__X__    on the Plaintiff in this action by causing a true copy thereof to be placed in a
sealed envelope with postage thereon fully prepaid in the designated area for
outgoing mail. All other parties will receive this filing via the Court's ECF system.

| Plaintiff -  Pro Se<br>Johnell Jackson<br>26741 Portola Pkwy, 1E #147<br>Foothill Ranch, CA 92610-1763 | |
|---|---|

   I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on February 2, 2022, at Gold River, California.

*/s/ Melissa Green*
MELISSA GREEN

EXHIBIT A



Betty T. Yee, California State Controller

I, Darlene Hicks, am employed by the **California State Controller's Office**, and in such capacity have custody of the original warrants and/or images presented by financial institutions of original warrants issued by the **California State Controller's Office**. I hereby certify that this copy is a true and correct copy of the warrant issued by the California State Controller's Office in the regular course of business.

*Darlene Hicks*

---

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK · VIEW AT AN ANGLE

# STATE OF CALIFORNIA

**WARRANT NUMBER** 04-651248

THE TREASURER OF THE STATE WILL PAY OUT OF THE

**FUND NO** 0001   **FUND NAME** GENERAL FUND

IDENTIFICATION NO

**MO | DAY | YR**
5225   10 | 04 | 2021

90-1342/1211

04651248

TO
651248
--- JOHNELL JACKSON

AY3386

**DOLLARS | CENTS**
$****5000 | 00

*Betty T. Yee*
**BETTY T. YEE**
CALIFORNIA STATE CONTROLLER

FORM 04-01 (5-07) CONTROLLERS WARRANT

Warrant 4651248   PayAmount 500000   PaidDate 10-14-2021   Fund 1

---

PAY TO THE ORDER OF

Credited to Acct
1534040a1454
Return Acct 1534040a1454

Dept of Corrections & Rehabilitation
IWF/Trust-Sacramento

ENDORSE ABOVE THIS LINE